# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAPPY PHOTO SHOPPES, INC., t/a** | : | |
| **RIVER LOOP FERRY CORP. OF NJ,** | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 16-5071 |
| | : | |
| **RIVERSHORE CHARTERS, INC., and** | : | |
| **MARK PERRY,** | : | |
| Defendants. | : | |

## **ORDER**

This 6th day of July, 2017, upon consideration of Defendant's Motion to Dismiss, Plaintiff's Response, and Defendants' Reply, it is hereby **ORDERED** that Defendants' Motion is **DENIED.**

       /s/ Gerald Austin McHugh
United States District Judge